IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN D. HOLDREN AND JANICE A HOLDREN, <br><br> Plaintiffs, <br><br> v. <br><br> A.W. CHESTERTON COMPANY; BUFFALO PUMPS, INC.; CBS CORPOARTION, f/k/a Viacom, Inc., successor by merger to CBS Corporation and successor in interest to BF Sturtevant; ELLIOTT TURBO MACHINERY CORPORATION; VIAD CORPORATION f/k/a The Dial Corporation, individually and as successor in interest to Griscom-Russell Company; and WACO, INC. d/b/a Waco Insulation, <br><br> Defendants. | Civil Action No. 1:08-cv-10570-NG <br><br><br> *(Removed on April 4, 2008, from the Middlesex Superior Court of the State of Massachusetts, in and for Middlesex County, Case No. 08-0910)* |

## PLAINTIFFS' EMERGENCY MOTION TO REMAND

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiffs, Franklin D. Holdren and Janice A Holdren, file this Emergency Motion to Remand this action to the state court from which it was improperly removed pursuant to 28 U.S.C. §§ 1442 and 1446. This motion is filed as an emergency motion to remand due to the risk that the case may be transferred to Multidistrict Litigation before the Court will have ruled on this motion. The factual support and legal authorities for this motion are set forth in the accompanying Brief in Support of Plaintiffs' Motion to Remand.

<u>**PLAINTIFFS' MOTION TO REMAND**</u> - Page 1

Dated: **April 30, 2008**

Respectfully submitted,

_____
Edward Paul Coady, Esq., BBO No. 546079
Christopher P. Duffy, Esq., BBO No. 648402
David W. Fanikos, Esq., BBO No. 564303
Coady Law Firm
205 Portland Street, Fifth Floor
Boston, MA  02114-1721
(617) 742-9510

**ATTORNEYS FOR THE PLAINTIFFS**

CERTIFICATE OF SERVICE

I, David W. Fanikos, Esq., hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and by LexisNexis File & Serve to all other counsel in this matter on this 30th day of April, 2008.

_____
David W. Fanikos, Esq.